Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
T: (973) 622-3333
abc@saiber.com
kescanlar@saiber.com

Kevin M. Bell
Scott A.M. Chambers, Ph.D.
Matthew D. Zapadka
Richard J. Oparil
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave NW, Suite 1000
Washington, D.C. 20006
(202) 677-4930

*Attorneys for Plaintiff Metacel Pharmaceuticals, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **METACEL PHARMACEUTICALS LLC,** *Plaintiff,* v. **RUBICON RESEARCH PRIVATE LIMITED,** *Defendant.* | Civil Action No. 2:21-cv-19463-SDW-MAH **DECLARATION OF KEVIN M. BELL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** *Document Filed Electronically* |

**KEVIN M. BELL**, of full age, hereby declares as follows:

1

1. I am an attorney-at-law and associated with the law firm of Arnall Golden Gregory LLP, 1775 Pennsylvania Ave. NW, Suite 1000, Washington, D.C. 20006. I am not under suspension or disbarment in any jurisdiction or court, and no disciplinary proceedings are pending against me and no discipline has previously been imposed upon me in any jurisdiction or court.

2. I submit this Declaration in support of the application by plaintiff Metacel Pharmaceuticals LLC ("Metacel") to permit me to appear and participate, *pro hac vice*, as counsel for Metacel at pre-trial, trial, and post-trial proceedings of the above-captioned action.

3. I am duly admitted and currently in good standing to practice law in the following jurisdictions, for which I list my year of admission and the address of the official or office maintaining the roll of such members of its bar:

| | |
|---|---|
| Maryland (1999) | Clerk, Court of Appeals<br>Maryland Court of Appeals<br>Robert C. Murphy Courts of Appeal Building<br>361 Rowe Blvd.<br>Annapolis, MD 21401 |
| U.S. Supreme Court (2005) | One First Street, NE<br>Washington, DC 20543 |
| U.S. Court of Appeals for the Federal Circuit (1999) | 717 Madison Place, N.W.<br>Washington, D.C. 20439 |
| U.S. Court of Appeals for the Fourth Circuit (1999) | 1100 East Main Street, Suite 501<br>Richmond, VA 23219 |
| U.S. District Court for the District of Maryland (1999) | 101 W. Lombard Street<br>Baltimore, MD 21201 |
| U.S. District Court for the Eastern District | U.S. District Clerk's Office<br>211 W. Ferguson St. |

| | |
|---|---|
| of Texas (2009) | Tyler, TX 75702 |
| U.S. District Court for the District of Colorado (2006) | Alfred A. Arraj United States Courthouse Room A105 901 19th Street Denver, CO 80294 |
| U.S. District Court for the Eastern District of Wisconsin (2013) | United States Federal Building and Courthouse 517 E. Wisconsin Ave, Room 362 Milwaukee, WI  53202 |

4. I practice in the area of intellectual property matters, and am familiar with this matter.

5. I am associated in this matter with Arnold B. Calmann, a member of Saiber LLC, who is the attorney of record for Metacel and is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

6. Upon being admitted to appear and participate in this matter *pro hac vice*, I will abide by the requirements found in Local Civil Rule 101.1.

7. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

9. Pursuant to Local Civil Rule 101.1(c)(4), I understand that upon admission *pro hac vice*, I am deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

10. I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

11. For the foregoing reasons, it is respectfully requested that the Court grant Metacel's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 13th day of December, 2021.

KEVIN M. BELL