**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

**METACEL PHARMACEUTICALS LLC**,

*Plaintiff,*

v.

**RUBICON RESEARCH PRIVATE LIMITED,**

*Defendant.*

Civil Action No. 2:21-cv-19463-SDW-MAH

**ORDER GRANTING APPLICATION**
**FOR ADMISSION PRO HAC VICE**

*Document Filed Electronically*

---

**THIS MATTER** having been opened to the Court by Arnold B. Calmann, Esq., attorney for Plaintiff Metacel Pharmaceuticals LLC ("Metacel") for an Order allowing Kevin M. Bell, Esq., Scott A.M. Chambers, Ph.D., Matthew D. Zapadka, Esq., Richard J. Oparil, Esq., and Erin N. Winn, Esq., of the law firm of Arnall Golden Gregory LLP, to appear and participate *pro hac vice* in this matter, and the Court having considered said application; and there being no opposition; and for other and good cause having been shown, pursuant to L. Civ. R. 101.1(c) of the United States District Court for the District of New Jersey;

**IT IS** on this ___26th___ day of _____January_____, 2022, hereby

**ORDERED** that Kevin M. Bell, Esq., a member in good standing of the bar of the state of Maryland, Scott A.M. Chambers, Ph.D., a member in good standing of the bar of the state of Virginia and the District of Columbia, Matthew D. Zapadka, Esq., a member in good standing of the bar of the state of Virginia and the District of Columbia, Richard J. Oparil, Esq., a member in good standing of the bar of the state of New York and the District of Columbia, and Erin N.

1

Winn, Esq., a member in good standing of the bar of the state of Georgia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c) of the United States District Court for the District of New Jersey; provided however, that all proceedings, briefs and other papers filed with the Court shall be signed by Arnold B. Calmann, Esq., or a designated attorney in his office, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Kevin M. Bell, Esq., Scott A.M. Chambers, Ph.D., Matthew D. Zapadka, Esq., Richard J. Oparil, Esq., and Erin N. Winn, Esq., shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2; and it is further

**ORDERED** that Kevin M. Bell, Esq., Scott A.M. Chambers, Ph.D., Matthew D. Zapadka, Esq., Richard J. Oparil, Esq., and Erin N. Winn, Esq., shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of the fee for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3), *Appearance Pro Hac Vice; Local Counsel*; and it is further

**ORDERED** that Kevin M. Bell, Esq., Scott A.M. Chambers, Ph.D., Matthew D. Zapadka, Esq., Richard J. Oparil, Esq., and Erin N. Winn, Esq., shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that Kevin M. Bell, Esq., Scott A.M. Chambers, Ph.D., Matthew D. Zapadka, Esq., Richard J. Oparil, Esq., and Erin N. Winn, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED,** that Saiber LLC may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

*/s Michael A. Hammer*

**HONORABLE MICHAEL A. HAMMER**
**UNITED STATES MAGISTRATE JUDGE**

-3-