R Touhey Myer (NJ Bar ID 028912009)
**KRATZ & BARRY LLP**
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz, Esquire
*(Pro Hac Vice)*
George J. Barry III, Esquire
*(Pro Hac Vice Anticipated)*
KRATZ & BARRY, LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

Michael P. Hogan
*(Pro Hac Vice)*
KRATZ & BARRY LLP
325 Chestnut Street, Suite 876, #259
Philadelphia, PA 19106
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendant, Rubicon Research Private Limited*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| METACEL PHARMACEUTICALS LLC, | C.A. No. 2:21-cv-19463-EP-JRA |
| *Plaintiff*, | **DEFENDANT, RUBICON RESEARCH PRIVATE LIMITED'S NOTICE OF MOTION FOR LEAVE TO MOVE FOR SUMMARY JUDGMENT OF <u>NON-INFRINGEMENT</u>** |
| v. | |
| RUBICON RESEARCH PRIVATE LIMITED, | |
| *Defendant*. | **Return Date: September 6, 2022** |

PLEASE TAKE NOTICE that pursuant to Paragraph 35 of the Scheduling Order, on September 6, 2022, or as soon thereafter as counsel can be heard, Defendant, Rubicon Research Private Limited, (herein "Rubicon" or "Defendant"), by and through their undersigned Counsel, will move before this Court for leave to move for Summary Judgment of Non-Infringement.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Rubicon submits the following accompanying documents:

1. Rubicon's Brief in Support of Motion for Leave to Move for Summary Judgment of Non-Infringement.

2. A Proposed Order GRANTING Rubicon's Motion for Leave to Move for Summary Judgment of Non-Infringement, pursuant to Local Civil Rule 7.1(e).

3. Declaration of Timothy H. Kratz in Support of Defendant, Rubicon Research Private Limited's Motion for Leave to Move for Summary Judgment of Non-Infringement.

4. True and correct copies of Exhibits A-E to the Declaration of Timothy H. Kratz in Support of Defendant, Rubicon Research Private Limited's Motion for Leave to Move for Summary Judgment of Non-Infringement.

| | |
|---|---|
| Dated: July 27, 2022 | Respectfully submitted,<br><br>**KRATZ & BARRY LLP**<br><br>*/s/ R Touhey Myer*<br>R Touhey Myer (NJ Bar ID 028912009)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Of Counsel:*<br><br>Timothy H. Kratz<br>*(Pro Hac Vice)*<br>George J. Barry III<br>*(Pro Hac Vice Anticipated)*<br>KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA 30338<br>(404) 431-6600<br>tkratz@kratzandbarry.com<br>gbarry@kratzandbarry.com<br><br>Michael P. Hogan<br>*(Pro Hac Vice)*<br>KRATZ & BARRY LLP<br>325 Chestnut Street, Suite 876, #259<br>Philadelphia, PA 19106<br>(917) 216-8585<br>mhogan@kratzandbarry.com<br><br>*Attorneys for Defendant,*<br>*Rubicon Research Private Limited* |