

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

January 31, 2023

**BY CM/ECF**
The Honorable Evelyn Padin, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg P.O. Building and U.S. Courthouse
One Federal Square
Newark, NJ 07102

      **Re:**   *Metacel Pharmaceuticals, LLC v. Rubicon Research Private Limited*
             **Civil Action No. 21-19463-EP-JRA**

Dear Judge Padin:

     We, along with our co-counsel, Arnall Golden Gregory LLP, represent Plaintiff Metacel Pharmaceuticals LLC ("Metacel") in the above matter. On behalf of Metacel and Defendant Rubicon Research Private Limited, we enclose for Your Honor's consideration a Stipulation and Proposed Order Concerning Claim Construction.

     If the proposed Stipulation and Order is acceptable to the Court, we respectfully request that Your Honor execute the proposed Stipulation and Order and have it entered on the docket by the Clerk of the Court.

     We thank the Court for its consideration and assistance in this matter.

                                                Respectfully submitted,

                                                Arnold B. Calmann

cc:     Counsel of record (by CM/ECF)